UNITED STATES DISTRICT COURT
WESTERN DISTRICT of TEXAS
SAN ANTONIO DIVISION

FILED
APR 2 7 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| JOHN MICHAEL POPE, SID # 767102, § § Petitioner § § v. § § BEXAR COUNTY SHERIFF § JAVIER SALAZAR, § § Respondent § | Civil Action No. SA-17-CA-360-XR |

## JUDGMENT

Pursuant to this Court's Dismissal Order, Petitioner John Michael Pope's 28 U.S.C. § 2241 Habeas Corpus Petition is **DISMISSED WITHOUT PREJUDICE.**

DATED:  April 27 , 2017

XAVIER RODRIGUEZ
United States District Judge